UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NOTHERN DIVISION

MARK T. CRAIGHEAD,

        Petitioner,        Civil No. 1:07-CV-13577
                                          Honorable Thomas L. Ludington

v.

ELIZABETH VOGLER, ET AL.,

        Respondent.
_____/

## ORDER OF TRANSFER

Plaintiff Mark T. Craighead has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); *Al-Muhaymin v. Jones*, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of events which took place during his incarceration at Camp Branch in Coldwater, Michigan. Coldwater, Michigan is located in Branch County, which is in the Western District of Michigan. *See* 28 U.S.C. § 102(b). The defendants are located in Coldwater and Lansing, Michigan. Lansing, Michigan is located in Ingham county, which is also in the Western District of Michigan. *See id.* Therefore, venue is not appropriate in this district. The Court will transfer the matter to the district where the claim arose and the defendants reside, the Western District of Michigan.

Accordingly, in the interests of justice, the Court transfers Plaintiff's case to the United States District Court for the Western District of Michigan, Southern Division. The Court **ORDERS**

the Clerk of the Court to transfer the Court file to the Western District of Michigan, Southern Division.

                                                     s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge

Dated: September 13, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 13, 2007.

                                 s/Tracy A. Jacobs
                                 TRACY A. JACOBS